# United States Court of Appeals
## For the First Circuit

No. 02-2390

GEORGE ECONOMOU,

Petitioner, Appellant,

v.

PETER A. PEPE, JR.,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on May 18, 2004 is amended as follows:

Page 10, line 29 of footnote 4: "three" should be "there"